Slip Op. 26-138

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| AMERICAN BRASS ROD FAIR TRADE COALITION and ITS INDIVIDUAL MEMBERS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant,<br><br>and<br><br>RAJHANS METALS PRIVATE LIMITED,<br><br>Defendant-Intervenor. | Before: Joseph A. Laroski, Jr., Judge<br><br>Court No. 24-00119 |

## JUDGMENT

Before the court are the Final Results of Redetermination Pursuant to Court Remand in American Brass Rod Fair Trade Coalition and its Individual Members v. United States, Court No. 24-00119, ECF No. 51 (Sept. 29, 2026) ("Remand Results"), which the United States Department of Commerce filed in response to the court's Order (July 1, 2026), ECF No. 48.

Plaintiffs American Brass Rod Fair Trade Coalition and its Individual Members submitted comments contending that the Remand Results comply with the court's remand order, are supported by substantial evidence, and are in accordance with law. Comments in Support of Remand Results, ECF No. 53 at 2 (Nov. 5, 2026).

Having received no objections to the court's remand order and the Remand Results, it is hereby

**ORDERED**, **ADJUDGED**, and **DECREED** that the Remand Results are **SUSTAINED**.

/s/ Joseph A. Laroski, Jr.
Joseph A. Laroski, Jr., Judge

Dated: November 10, 2026
New York, New York